UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ROBLES,<br><br>            Plaintiff,<br><br>     v.<br><br>A. FLORES, *Correctional Officer at Kern Valley State Prison*, and M. ORTIZ, *Correctional Officer at Kern Valley State Prison*,<br><br>            Defendant. | No.  1:20-cv-00355-NONE-HBK<br><br>JOINT STIPULATION FOR DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)<br><br>(Doc. No. 22)<br><br>ORDER DIRECTING CLERK TO ASSIGN THIS CASE TO DISTRICT JUDGE |

On June 10, 2021, the parties filed a Joint Stipulation for Dismissal, stipulating to the dismissal of this action <u>with</u> prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Doc. No. 22). According to the Joint Stipulation "each party shall bear its own litigation costs and attorney's fees."  (*Id.*).

Accordingly:

1.     Pursuant to the Joint Stipulation for Dismissal (Doc. No. 22), this action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.     The Clerk of Court shall terminate any pending motions, assign this case to a district judge, and close this case.

1

IT IS SO ORDERED.

Dated:   June 11, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE